IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00188-BNB

ALAN RANDALL DORSEY,

Applicant,

v.

MR. BLAKE DAVIS (Warden), and
DIRECTOR SOUTHEAST REGION (B.O.P.),

Respondents.

## ORDER OF DISMISSAL

Applicant Alan Randall Dorsey initiated this action by filing *pro se* an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 & § 36241(c)" and an "Application to Proceed Without Prepayment of Fees and Affidavit." In an order filed on January 30, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Dorsey to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Dorsey to file the application and the motion seeking leave to proceed *in forma pauperis* on the proper forms. Mr. Dorsey was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Dorsey has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's January 30 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 & § 36241(c)" is denied and the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the "Application to Proceed Without Prepayment of Fees and Affidavit" is denied as moot.

DATED at Denver, Colorado, this 7 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00188-BNB

Alan Randall Dorsey
Reg. No. 02647-018
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3\10\08

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                     Deputy Clerk